UNITED STATES DISTRICT
COURT, MIDDLE DIVISION
OF OCALA FLORIDA

Bernice A. Jackson

V. Florida Sheriffs Association
Marion County Sheriffs Agency
Deputy Guillard, Deputy Bailey
Billy Woods, Lori Cotton

Case No. 5:26-CV-22

## MOTION OF NOTICE

On this 5th day of January 2026. I hereby motion the court to serve notice, via Marshals Services to all named Defendants & agency's/Entities above. I motion the court to serve notice to Marie A. Mattox. P.A. & the Florida office of Veteran's affairs. I motion the court to consider the fact of a 72yr disabled Navy Vet, on 24/7 oxygen & the hardship of this case. I motion this Civil Acts be responded to in a timely mannor, my health is very bad & share power of Attorney with my youngest son Derek D. Jackson who is my primary care provider. Thank You

RESPECTFULLY
Bernice Jackson

CC.
CLERK of COURT
STATES ATTORNEY
UNITED STATES MAIL

Derek Jackson (XXX-XXX-XXXX)
3290 NW 10th St
Ocala FL, 34475
(Marion County JAIL)

"LEGAL"
UNITED STATES District Court
207 N.W. Second St. #337
OCALA, FL, 34475

INMATE MAIL
SCREENED
By USMS

"LEGAL"

