UNITED STATES DISTRICT COURT, MIDDLE DIVISION OF OCALA FLORIDA

Bernice A. Jackson

V. Florida Sheriff Association
Marion County Sheriffs Agency
Billy Woods, Lori Cotton
Deputy Bailey, Deputy Guillard

Case No. 5:26-CV-22

## MOTION FOR APPOINTMENT OF COUNSEL

On this 5th day of January 2026, I hereby motion the court to order Appointment of Councel to represent a 72yr disabled Navy vet who has limited ability, resources & funds to handle this case all alone. I motion the court to consider MARIE A. MATTOX P.A. or turn this case over to the department of Veteran's Affairs. I motion the court to consider I am on 24/7 oxygen & very Ill. My curent helth is getting worse. I wish to have speedy trial or peliminary desision in favor of the Plaintiff held in a timely manner. My child Derek D. Jackson is currently in Jail due to Reckless & outragous conduct of the Marion County Sheriff's Department Agency & Its Deputies. Thank You

RESPECTFULLY

Bernice Jackson

CC
CLERK of COURT
STATES ATTORNEY
UNITED STATES MAIL

Derek Jackson (#063-0000)
3290 NW 10th St
Ocala FL, 34475
(Marion County Jail)

"LEGAL"
UNITED STATES District Court
207 N.W. Second St. #337
OCALA, FL 34475

INMATE MAIL
SCREENED
By USMS

"LEGAL"