UNITED STATES DISTRICT COURT, MIDDLE DIVISION OF OCALA FLORIDA

BERNICE A. JACKSON
(Plaintiff)

V. STATES ATTORNEY, JUDGE, LORI COTTON/BRIGHAM BILLY WOODS, DEPUTY GUILLARD DEPUTY BAILEY, MARION COUNTY SHERIFF AGENCY, FLORIDA SHERIFF ASSOCIATION
(Defendants)

Case No. 5:26-CV-22

## MOTION OF PRODUCTION

On this 5TH day of January 2026, I hereby motion the court to order all persons & AGENCY's to produce all evidence in relation to case # MCSO25OFF024603 NON REDACTED. I motion the court order all AGENCY officials/court & STATE ATTORNEY officials be deposed immediately in relation to civil case # 5:25-CV-730-WWB-PRL & civil case # _____ UNITED STATES DISTRICT COURT as it is my belief & is likely possible these 3 cases are intertwined in a Bundle of corruption & Reckless & Outragous Conduct by AGENCY officials. My son & care taker has been sexualy ASSAULTED, profiled & Harassed by AGENCY officials. This has caused me, A Disabled NAVY vet a great deal of pain/suffering as well a Great Financial loss & has left me with no choice other than to move, Squaters overtook my home & caused $35,000 property Damage & MARION COUNTY SHERIFF's have done nothing, yet my son remains in custody without probable cause. Video Evidence proves his innocence yet officers lyed on Affidavit in order to harass & Detain him. Video evidence shows my son passing the location 28 minutes after ALARM DROP Time & Judge LORI COTTON still founded probable cause. This same Judge denied my sons request for (TRO) & his ability to press charges after being sexualy Assaulted by 2 of marion counties finest. I want Justis for all past present & future victms.

RESPECTFULLY
Bernice Jackson

I motion NOTICE be served (via) MARSHALS SERVICE, within 14 day of this request.

CC.
CLERK of COURT
STATES ATTORNEY
UNITED STATES MAIL

Derek Jackson (AC 262-6201)
3290 NW 10th St
Ocala FL, 34475
(Marion County JAIL)

"LEGAL"
UNITED STATES District Court
207 N.W. Second St. #337
OCALA, FL 34475

INMATE MAIL
SCREENED
By USMS


Case 5:26-cv-00022-AGM-PRL    Document 2    Filed 01/12/26    Page 3 of 3 PageID 27

"LEGAL"



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019